# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**SPENCER L. DAVIS**                                                    **PLAINTIFF**

v.                              No. 4:18-cv-341-DPM

**AT&T UMBRELLA**
**BENEFIT PLAN No. 3**                                                  **DEFENDANT**

## ORDER

The joint motion to file the administrative record under seal, № 10, is partly granted and partly denied without prejudice. Pages 1–514, which contain Davis's medical records and confidential information, are sealed. Redaction is impracticable. Pages 515–1925, though, are various plan documents. No compelling reason has been given for them being under seal. The Court's hunch is that they are already in the public domain. They will be filed on the public docket unless AT&T renews the denied part of the motion to seal, and provides specific and compelling reasons for sealing, by 26 February 2019.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 February 2019