# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SPENCER L. DAVIS                                              PLAINTIFF

v.                        No. 4:18-cv-341-DPM

AT&T UMBRELLA
BENEFIT PLAN No. 3                                            DEFENDANT

## JUDGMENT

Davis's complaint is dismissed with prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 February 2019